184 So. 908

**Lurline Russell McREE v. Lucile RUSSELL.**

8 Div. 862.

Supreme Court of Alabama.
Nov. 3, 1938.

Wert & Hutson, Noble J. Russell, and S. A. Lynne, all of Decatur, for appellant.

Chas. H. Eyster, Julian Harris, and Norman W. Harris, all of Decatur, for appellee.

PER CURIAM.
Affirmed on certificate.

184 So. 909

**W. E. MILLS, Adm'r, etc., v. ALABAMA GREAT SOUTHERN R. CO.**

2 Div. 118.

Supreme Court of Alabama.
Nov. 3, 1938.

PER CURIAM.
Appeal dismissed for want of prosecution.

181 So. 915

**MODERN FINANCE CO. et al. v. CITY OF FLORENCE.**

8 Div. 886.

Supreme Court of Alabama.
May 17, 1938.

Bradshaw & Barnett, of Florence, for appellants.

W. H. Mitchell, of Florence, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

183 So. 923

**Gus MORELAND, Alias, v. STATE.**

8 Div. 919.

Supreme Court of Alabama.
Oct. 13, 1938.

Newton B. Powell, of Decatur, for petitioner.

A. A. Carmichael, Atty. Gen., opposed.

FOSTER, Justice.

Petition of Gus Moreland for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Moreland v. State (8 Div. 670) 183 So. 924.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

181 So. 915

**Bill OLIVER et al. v. Nena J. WILLINGHAM, Ex'x, etc.**

7 Div. 469.

Supreme Court of Alabama.
May 12, 1938.

Rehearing Granted June 16, 1938.

McCord & McCord, of Gadsden, for appellants.

Frank B. Embry, of Pell City, for appellee.

PER CURIAM.
Rehearing granted; opinion withdrawn; judgment of affirmance set aside, and reversed and remanded, as per agreement of the parties.